IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

**NANCY S. HARRINGTON,**

    **Plaintiff,**

**v.**

**NASH-FINCH COMPANY,**

    **Defendant.**

**7:11CV5007**

**ORDER**

This matter having come before the Court on the Nebraska Department of Labor's Objection to Subpoena Duces Tecum (Filing No. 21) and the defendant's Unopposed Motion to Compel Compliance with Subpoena (Filing No. 22), and good cause having been shown,

**IT IS ORDERED:**

1. The defendant's Unopposed Motion to Compel Compliance with Subpoena (Filing No. 22) is granted.

2. The Nebraska Department of Labor's Objection to Subpoena Duces Tecum (Filing No. 21) is overruled.

3. The Nebraska Department of Labor shall comply with the subpoena issued to it by the defendant within five days of the date of this Order.

DATED this 14th day of February, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge